No. 90–750.   ZINKER, EXECUTOR OF THE ESTATE OF ZINKER, DECEASED *v.* DOTY ET AL.   C. A. 2d Cir.   Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–5535.   CHRISTOPH *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 90–608.   KUCHAREK ET AL. *v.* HANAWAY, ATTORNEY GENERAL OF WISCONSIN.   C. A. 7th Cir.   Motion of Children's Legal Foundation, Inc., et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 90–676.   MIAMI CENTER LIMITED PARTNERSHIP ET AL. *v.* BANK OF NEW YORK.   C. A. 11th Cir.   Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 90–5536.   AMSDEN *v.* MORAN ET AL.   C. A. 1st Cir.   Certiorari denied.   JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 90–5872 (A–338).   HOPE *v.* UNITED STATES.   C. A. 11th Cir.   Application for stay of mandate, addressed to JUSTICE MARSHALL and referred to the Court, denied.   Certiorari denied.

No. 90–5932.   MILLER *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 90–6044.   BAXTER *v.* KEMP, WARDEN.   Sup. Ct. Ga.; and
No. 90–6111.   CORRELL *v.* THOMPSON, WARDEN.   Sup. Ct. Va.   Certiorari denied.   Reported below: No. 90–5932, 50 Cal. 3d 954, 790 P. 2d 1289; No. 90–6044, 260 Ga. 184, 391 S. E. 2d 754.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.